**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DAVON DEVONTAE DONN**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 3:15-CV-00396 BSM**

**CRAIGHEAD COUNTY
DETENTION CENTER, et al.**                                                          **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 8] has been reviewed. No objections have been filed. After careful consideration, the RD is adopted.

Therefore, Donn's complaint is dismissed without prejudice for the failure to state a claim, which constitutes a strike within the meaning of 28 U.S. § 1915(g). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of March 2016.

UNITED STATES DISTRICT JUDGE