IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVON DEVONTAE DONN**                                                                        **PLAINTIFF**

**v.**                          **CASE NO. 3:15-CV-00396 BSM**

**CRAIGHEAD COUNTY**
**DETENTION CENTER, et al.**                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 25th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE